IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY J. DEMARCO, III | Case No. 13033-mdc |
| | Chapter 7 Debtor |
| RITA HOHNEY,<br>Plaintiffs,<br>vs. | |
| ANTHONY J. DEMARCO, III, individually and d/b/a DEMARCO REI, INC. | Adversary No.: 11-275 |
| PAUL D. DIGIACOMO; | |
| DIGIACOMO & DETOMMASI, LLP; | |
| CITIMORTGAGE, INC.; | |
| NEW JERSEY TITLE INSURANCE COMPANY; | |
| STEPHEN REESE | |
| Defendants. | |

## AFFIDAVIT OF MERIT OF GARY SCHAFKOPF, ESQUIRE

I, Gary Schafkopf, Esquire, having been duly sworn, say:

1. I am an attorney at law in the State of New Jersey and was admitted to the bar in 2000.

2. I have substantial expertise in the area of real estate transactions and real estate litigation.

3. I have reviewed the above Amended Complaint.

4. There exists a reasonable probability that the skill and knowledge exercised by the Defendants, Paul D. Digiacomo, Esq., and Digiacomo & Detommasi, L.L.P., in this real estate transaction fell outside acceptable professional standards.

_____
GARY SCHAFKOPF, ESQUIRE

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOSEPH W. HOPKINS, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires December 30, 2013

4/18/11